661 A.2d 864

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**W. Gustave McGEORGE, Respondent.**

**No. 909 Disciplinary Docket No. 2.**
**Disciplinary Board No. 124 DB 92.**

Supreme Court of Pennsylvania.

June 1, 1995.

## *ORDER*

PER CURIAM:

AND NOW, this 31st day of May, 1995, upon consideration of the record, it is hereby ORDERED that respondent be and he is suspended from the Bar of this Commonwealth for a period of three (3) months and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED

that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.